UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH L. LACOME, JR.,

      Plaintiff,

v.                      Case No.  8:06-cv-1942-T-24 MSS

VERIZON COMMUNICATIONS, INC.,
ET AL.,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court on its own.  In his amended complaint, Plaintiff asserts a Fair Debt Collection Practices Act claim against Defendant Omnium Worldwide, Inc. and state law claims of civil conspiracy, fraud, and conversion against Defendants Carl Paugh and Gail Fortin.  (Doc. No. 14).  Thereafter, Plaintiff dismissed his claims against Defendant Omnium Worldwide, Inc. with prejudice.  (Doc. No. 17).  Due to the dismissal of the sole federal claim in this case, and since this Court does not have diversity jurisdiction over the remaining state law claims, this Court declines to exercise supplemental jurisdiction over the remaining state law claims, pursuant to 28 U.S.C. § 1367(c)(3).  As such, the Court dismisses Plaintiff's remaining state law claims without prejudice, and the Clerk is directed to close the case.

      **DONE AND ORDERED** at Tampa, Florida, this 8th day of February, 2007.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Pro Se Defendants